**Electronically Filed
Supreme Court
SCWC-19-0000047
06-SEP-2024
03:56 PM
Dkt. 7 OGAC**

SCWC-19-0000047

IN THE SUPREME COURT OF THE STATE OF HAWAI'

---

FREDERICK T. CAVEN, JR., on behalf of himself
and a class of similarly situated persons,
Respondent/Plaintiff-Appellant,

vs.

CERTIFIED MANAGEMENT, INC., dba ASSOCIA HAWAII,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000047; CASE NO. 1CC161001778)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Certified Management, Inc., dba Associa Hawaii's Application for Writ of Certiorari, filed on July 23, 2024, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, September 6, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens